UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Ursula Allen, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11143-DRH |
| *Joanna N. Hartfield v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13063-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 23, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
  **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.08.10
11:52:40 -05'00'

APPROVED:
  DISTRICT JUDGE
  U. S. DISTRICT COURT